John BRENEMAN and William
D. Breneman, Plaintiffs–
Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5156.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 10, 2004.

William D. Breneman, Principal Attor-
ney, Breneman & Georges, Alexandria,
VA, pro se.

Stephanie Tai, Principal Attorney, De-
partment of Justice, Washington, DC,
Kristine S. Tardiff, of Counsel, Depart-
ment of Justice, Concord, NH, for Defen-
dant-Appellee.

Before MAYER, Chief Judge, MICHEL
and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re ELONEX PHASE II POWER
MANAGEMENT LITIGATION,

Elonex I.P. Holdings, Ltd. and EIP
Licensing, B.V., Plaintiffs–
Appellees,

v.

Jean Co., Ltd., Defendant–Appellant,

and

Korea Data Systems Co., Ltd., Korea
Data Systems America, Inc., Taiwan
Video & Monitor Corp., TVM Video &
Monitor USA Corp., TVM Peripherals,
Inc., Envision Peripherals, Inc., Pro-
view International Holdings Ltd., Pix-
ie Technologies, Inc., LG Electronics,
Inc., Kuo Feng Corp., NEC Corp.,
Lite–On Technology Corp., ADI Corp.,
Chuntex Electronics Co., Ltd., Tatung
Corp., Acer Communications & Mul-
timedia, Inc., Smile International,
Inc., Top Victory Electronics (Tai-
wan) Co., Ltd., CTX International,
Necx Direct, LLC, and AOC Interna-
tional, Defendants.

No. 03–1573, 04–1010.

United States Court of Appeals,
Federal Circuit.

May 10, 2004.

Rehearing and Rehearing En Banc
Denied July 2, 2004.

Martin J. Black, Principal Attorney, Pe-
ter M. Ryan, of Counsel, Dechert, Price,
Philadelphia, PA, Donald F. Parsons, Jr.,

of Counsel, Morris, Nichols, Wilmington, DE, for Plaintiffs–Appellees.

Christopher P. Murphy, Principal Attorney, Barry P. Golob, Janine A. Carlan, John K. Hsu, of Counsel, Arent, Fox, Washington, DC, Donald W. Huntley, Principal Attorney, Huntley & Associates, Wilmington, DE, for Defendants–Appellants.

Before MAYER, Chief Judge, NEWMAN and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**MOLTEN METAL EQUIPMENT INNOVATIONS, INC.,**
Plaintiff–Appellee,

v.

**METAULLICS SYSTEMS CO., L.P. and Metaullics Systems Co.,**
Defendants–Appellants.

No. 03–1595.

United States Court of Appeals, Federal Circuit.

May 10, 2004.

Donald R. Dunner, Principal Attorney, Finnegan, Henderson, Washington, DC, Jay Reed Campbell, Gordon D. Kinder II, Todd R. Tucker, Of Counsel, Renner, Otto, Cleveland, OH, David Penn Frazier, Of Counsel, Finnegan, Henderson, Washington, DC, for Defendant–Appellant.

Timothy J. O'Hearn, Principal Attorney, Patrick J. Norton, Of Counsel, Jones Day, Cleveland, OH, for Plaintiff–Appellee.

Before MAYER, Chief Judge, NEWMAN and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Robert J. TAYLOR, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7190.

United States Court of Appeals, Federal Circuit.

May 11, 2004.